Same case below, 188 Cal. App. 4th 392, 114 Cal. Rptr. 3d 638.

**No. 10-10536. Annie P. Walker, Petitioner v. Todd Honyaouma.**

565 U.S. 1057, 132 S. Ct. 754, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8471, ■

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10607. David Alamo Villegas, et al., Petitioners v. Florencio Berrios Castrodad, et al.**

565 U.S. 1057, 132 S. Ct. 754, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8612.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied.

**No. 10-10651. Latif Khan, Petitioner v. Edward Bland, et al.**

565 U.S. 1058, 132 S. Ct. 754, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8563.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 519.

**No. 10-10824. Guy William Savage, Petitioner v. United States.**

565 U.S. 1058, 132 S. Ct. 754, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8520.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 220.

**No. 10-10833. Anthony Dwayne Essett, Petitioner v. United States.**

565 U.S. 1058, 132 S. Ct. 755, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8547, ■

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10982. Kenneth Bownes, Petitioner v. Dave Rednour, Warden.**

565 U.S. 1058, 132 S. Ct. 755, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8635.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10987. Jack Furman Dean, Jr., Petitioner v. United States.**

565 U.S. 1058, 132 S. Ct. 755, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8474.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 635 F.3d 1200.